***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| JEAN MATHIA,<br>Individually and as Personal<br>Representative of the Estate of<br>DOYLE V. MATHIA | ) | |
| Plaintiff, | ) | No. 08-513 T<br>**(Judge Emily C. Hewitt)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven I. Frahm as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Steven I. Frahm, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

September 8, 2008

s/Steven I. Frahm
Steven I. Frahm
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202)307-6504
Fax (202) 514-9440