IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-513 T
(Judge Emily C. Hewitt)

JEAN MATHIA, Individually and as
Personal Representative of the
ESTATE OF DOYLE V. MATHIA

Plaintiff,

v.

UNITED STATES,

Defendant

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a 30-day enlargement of time from September 15, 2008, to and including October 15, 2008, in which to file a response to the complaint. This is the first request by defendant for this purpose. As good cause therefor, defendant states as follows:

Plaintiff filed the complaint in this case on July 17, 2008. Pursuant to 28 U.S.C. § 520, the United States Department of Justice requested the views of the Internal Revenue Service with respect to this matter. Personnel of the Internal Revenue Service prepared the defense letter and assembled the "administrative files" with respect to this action. That defense letter and the administrative file were received by defendant's attorney on September 4, 2008. An additional

thirty days are needed for defendant's attorney to review the administrative file and consider the defense letter prior to responding to plaintiff's complaint.

Plaintiff's attorney stated that he has no objection to the allowance of this motion. Accordingly, defendant requests that the Court allow the requested enlargement of time.

Respectfully submitted,

September 8, 2008
Date

s/Steven I. Frahm

Steven I. Frahm
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6504

NATHAN J. HOCHMAN
Assistant Attorney General
Steven I. Frahm
Acting Chief
Court of Federal Claims Section

Attorneys for Defendant