# In the United States Court of Federal Claims

No. 08-513 T

(E-Filed: September 10, 2008)

| | |
|---|---|
| JEAN MATHIA, Individually and as Personal Representative of the ESTATE OF DOYLE V. MATHIA, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint (Motion). The office of the clerk has advised the court that defendant filed the Motion in error as a "Joint Motion for a Stay of Proceedings pending further discussion with the ADR judge." In accordance with the text of the Motion, the court accepts the Motion as a motion for enlargement of time.

Based on the representations contained within the Motion, and noting that the Motion is unopposed, the Motion is GRANTED. Defendant shall file its response on or before Wednesday, October 15, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge